UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IGOR ABRAMOV,

                          **Plaintiff,**                     25-CV-9163 (RA)(SN)

   -against-                           **ORDER**

CAPULA INVESTMENT US LP and CAPULA
INVESTMENT MANAGEMENT LLP,

                          **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On November 17, 2025, Judge Abrams referred this action to my docket for general pretrial supervision. Since the filing of this action, Defendants—who have not yet been served with Plaintiff's Complaint—submitted an *ex parte* letter motion seeking either to permanently seal the Complaint, or, in the alternative, to temporarily seal the Complaint to permit Defendants to submit proposed redactions. The Court does not see any basis for this motion to be submitted *ex parte* but will temporarily seal the Complaint as a courtesy.

Accordingly, Defendants are directed to enter an appearance on the docket for the limited purpose of filing its motion to seal by November 25, 2025. On that same date, Defendants shall file a motion to seal that complies with Rule III.E of my Individual Rules and Practices. The Defendants may file that motion under seal, with a public version filed with limited redaction to preserve privileged information. The Clerk of Court is requested to place Plaintiff's Complaint at ECF No. 1 under "party view only" designation.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     November 18, 2025
                New York, New York

cc:        David Baron (*by email*)
              Seward & Kissel LLP