**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IGOR ABRAMOV,

                  **Plaintiff,**

        **-against-**

CAPULA INVESTMENT US LP, et al.,

                **Defendants.**
-------------------------------------------------------------------X

**25-CV-9163 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Defendants move to seal Plaintiff's Complaint and propose redactions to the public version, arguing that the Complaint contains attorney-client privileged communications and confidential client information. The Court, however, has located several websites where the Complaint is posted in its entirety and therefore publicly available.

    In light of the foregoing, Defendants are directed to file a letter further explaining their basis for the requested sealing relief by December 11, 2025.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 4, 2025
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2025