UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGOR ABRAMOV,

                    Plaintiff,

            v.                                                    25-CV-9163 (RA)

CAPULA INVESTMENT US LP, and                                      ORDER
CAPULA INVESTMENT MANAGEMENT
LLP,

                    Defendants.


RONNIE ABRAMS, United States District Judge:

        The Court is in receipt of the parties' letters regarding the Court's subject-matter jurisdiction over this action. Dkt. 22, 26, 27. The parties shall appear for a conference before the Court on February 6, 2026 at 3:00 p.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERED.

Dated:        January 22, 2026
              New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge